# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LAWRENCE LENCH                )
   Plaintiff                        )
                              )      CA. No. 19-40034
vs.                                      )
                              )
TOWN OF DOUGLAS and           )
MATTHEW J. WOJCIK             )
   Defendants                    )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please accept my appearance for the Defendants Town of Douglas and Matthew J. Wojcik in the above captioned matter.

DEFENDANTS,
BY THEIR ATTORNEY,

/s/ *Courtney E. Mayo*

Courtney E. Mayo, Esquire
BBO # 657790
cmayo@hassettanddonnelly.com
Hassett & Donnelly, P.C.
446 Main Street - 12th Floor
Worcester, MA 01608
Phone:  (508) 791-6287

February 14, 2019

**CERTIFICATE OF SERVICE**

I, Courtney E. Mayo, counsel of record for the defendants Town of Douglas and Matthew J. Wojcik in this action, do hereby certify that I have served a copy of the foregoing Notice of Appearance, to all parties, by electronic mail this 14th day of February 2019 to:

Ryan P. Avery, Esquire
Mirageas & Avery, LLC
300 East Main Street, Suite 201
Milford, MA 01757
ravery@mirageas.com

/s/ *Courtney E. Mayo*
Courtney E. Mayo, Esquire